Lynelle J. Slivinski (LS 1210)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
521 5th Avenue, Suite 1700
New York, New York 10175
(212) 292-4314
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendants
Schwartzberg Associates, LLC, and
Cypress Administrative Services, LLC



**08 CIV 0206**

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

**JUDGE ROBINSON**

---

MICHELE CARUSO,

        Plaintiff,

v.

SCHWARTZBERG COMPANIES,
SCHWARTZBERG ASSOCIATES, LLC,
and TAMARAC ADMINISTRATIVE
SERVICES, LLC,

        Defendants.

Hon. _____
Case No. _____

*Civil Action*

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies as follows:

(1) There is no parent corporation of defendant Schwartzberg Associates, LLC and that no publicly held corporation owns 10% or more of defendant Schwartzberg Associates, LLC's stock.

(2) Cypress Health Care Holdings, LLC is the parent corporation of defendant Cypress Administrative Services, LLC (improperly pled as Tamarac Administrative Services, LLC). No

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

publicly held corporation owns 10% or more of defendant Cypress Administrative Services, LLC's stock.

>                     OGLETREE, DEAKINS, NASH,
>                     SMOAK & STEWART, P.C.
>                     Attorneys for Defendants
>
>                     By: *[signature]*
>                     Lynelle J. Slivinski

Dated:   January 9, 2008

## PROOF OF SERVICE
### (via hand delivery)

I am over the age of 18 and not a party to this action. On January 9, 2008, I caused a true copy of the attached:

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

to be served on the party listed below, via hand delivery, to her attorneys of record at their last known addresses as follows:

| | |
|---|---|
| David S. Halsband, Esq.<br>Halsband Law Offices<br>39 Hudson Street, 4th Floor<br>Hackensack, New Jersey 07601<br>Co-Counsel for Plaintiff | Michael Tsang, Esq.<br>Tsang Law Firm, P.C.<br>14 Wall Street, 22nd Floor<br>New York, New York 10005<br>Co-Counsel for Plaintiff |

I declare under penalty of perjury that the foregoing statements made by me are true and correct.

*[signature]*
Lynelle J. Slivinski

Dated: January 9, 2008

5422802.1 (OGLETREE)