Lynelle J. Slivinski (LS 1210)
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
521 5th Avenue, Suite 1700
New York, New York 10175
(212) 292-4314
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendants
Schwartzberg Associates, LLC, and
Cypress Administrative Services, LLC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MICHELE CARUSO,

        Plaintiff,

v.

SCHWARTZBERG COMPANIES,
SCHWARTZBERG ASSOCIATES, LLC,
and TAMARAC ADMINISTRATIVE
SERVICES, LLC,

        Defendants.

---

Hon. **08 CIV. 0206**
Case No. _____
**JUDGE ROBINSON**
Civil Action

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that I have been retained by Defendants Schwartzberg Associates, LLC, and Cypress Administrative Services, LLC (improperly plead as Tamarac Administrative Services, LLC), the above named defendants. I was admitted to practice in this District in 2000.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

_/s/ Lynelle J. Slivinski_
LYNELLE J. SLIVINSKI (LS-1210)
Attorneys for Defendants
(212) 292-4314

# PROOF OF SERVICE
## (via hand delivery)

I am over the age of 18 and not a party to this action. On January 9, 2008, I caused a true copy of the attached:

## NOTICE OF APPEARANCE

to be served on the party listed below, via hand delivery, to her attorneys of record at their last known addresses as follows:

| | |
|---|---|
| David S. Halsband, Esq.<br>Halsband Law Offices<br>39 Hudson Street, 4th Floor<br>Hackensack, New Jersey 07601<br>Co-Counsel for Plaintiff | Michael Tsang, Esq.<br>Tsang Law Firm, P.C.<br>14 Wall Street, 22nd Floor<br>New York, New York 10005<br>Co-Counsel for Plaintiff |

I declare under penalty of perjury that the foregoing statements made by me are true and correct.

_____
Lynelle J. Slivinski

Dated: January 9, 2008

5424228.1 (OGLETREE)