Lynelle J. Slivinski (LS 1210)
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
521 5th Avenue, Suite 1700
New York, New York 10175
(212) 292-4314
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendants
Schwartzberg Associates, LLC, and
Cypress Administrative Services, LLC

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MICHELE CARUSO,

        Plaintiff,

v.

SCHWARTZBERG COMPANIES,
SCHWARTZBERG ASSOCIATES, LLC,
and TAMARAC ADMINISTRATIVE
SERVICES, LLC,

        Defendants.

---

Hon. Stephen C. Robinson, U.S.D.J.
Case No. 7:08-cv-00206-SCR

*Civil Action*

**NOTICE OF MOTION TO ADMIT
BRIAN D. LEE, ESQ., *PRO HAC VICE*
PURSUANT TO LOCAL RULE 1.3(c)**

**TO:** David S. Halsband, Esq.
Halsband Law Offices
39 Hudson Street, 4th Floor
Hackensack, New Jersey 07601
Co-Counsel for Plaintiff

Michael Tsang, Esq.
Tsang Law Firm, P.C.
14 Wall Street, 22nd Floor
New York, New York 10005
Co-Counsel for Plaintiff



COUNSEL:

**PLEASE TAKE NOTICE** that on a date to be scheduled by the United States District Court for the Southern District of New York, defendants Schwartzberg Associates, LLC and Cypress Administrative Services, LLC (improperly referred to by its former name Tamarac Administrative Services, LLC) shall move for an Order admitting Brian D. Lee, Esq., as a visiting attorney *pro hac vice* to participate in all proceedings relative to the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this application, defendants shall rely upon the accompanying Affidavits of Brian D. Lee, Esq., and Lynelle J. Slivinski, Esq. A proposed form of Order is being concurrently submitted.

By: /s/ Lynelle J. Slivinski
Lynelle J. Slivinski (1210)

Dated: February 6, 2008

5454427.1 (OGLETREE)

Lynelle J. Slivinski (LS 1210)
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
521 5th Avenue, Suite 1700
New York, New York 10175
(212) 292-4314
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendants
Schwartzberg Associates, LLC, and
Cypress Administrative Services, LLC

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

| | |
|---|---|
| MICHELE CARUSO, | Hon. Stephen C. Robinson, U.S.D.J. |
| | Case No. 7:08-cv-00206-SCR |
| Plaintiff, | |
| | *Civil Action* |
| v. | |
| | **AFFIDAVIT OF BRIAN D. LEE, ESQ.,** |
| SCHWARTZBERG COMPANIES, | **IN SUPPORT OF MOTION FOR** |
| SCHWARTZBERG ASSOCIATES, LLC, | **ADMISSION *PRO HAC VICE*** |
| and TAMARAC ADMINISTRATIVE | |
| SERVICES, LLC, | |
| | |
| Defendants. | |

---------------------------------------------------------

**BRIAN D. LEE, ESQ.**, being of full age, avers and states as follows:

1. I am a shareholder in the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. I submit this Affidavit in support of my application for permission to appear *pro hac vice* on behalf of the defendants Schwartzberg Associates, LLC and Cypress Administrative Services, LLC (improperly referred to by its former name Tamarac Administrative Services, LLC) in the above-captioned matter.

2. I represent defendants in the above-captioned matter along with Lynelle J. Slivinski, of counsel with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and a member in good standing of the bar of this Court.

3. This is an employment discrimination case. Defendants have requested that I assist Ms. Slivinski in this matter because of my general experience in employment law.

4. I received my law degree from Seton Hall University School of Law.

5. I am a member in good standing of the bars of the States of New Jersey and Pennsylvania, and am admitted to practice before all levels of the New Jersey and Pennsylvania state courts. *See* Exhibits A and B.

6. I am also admitted to and a member in good standing of the United States District Courts for the District of New Jersey, the Eastern District of Pennsylvania, the Middle District of Pennsylvania, and the Eastern District of Michigan.

7. I am not under suspension, disbarment, or any other discipline or disciplinary procedure of any Court.

8. If admitted *pro hac vice*, I will conduct myself as an attorney of this Court uprightly and according to the law, and I will support and defend the Constitution of the United States.

9. Accordingly, for the foregoing reasons, I respectfully request to be admitted as a visiting attorney *pro hac vice* to participate in all proceedings relative to the above-captioned matter.

I hereby aver that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Brian D. Lee

Sworn to and subscribed
before me this 6th day
of February 2008

_____
Notary Public

Adele E. O'Remus
Notary Public of New Jersey
My Commission Expires March 31, 2010

5454477.1 (OGLETREE)

# Supreme Court of New Jersey



# Certificate of Good Standing

    This is to certify that **BRIAN D LEE** (No. **035531994**) was constituted and appointed an Attorney at Law of New Jersey on **December 19, 1994** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

    I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

    Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **31ST** day of **January**, 20 **08**

*Clerk of the Supreme Court*

-453a-



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Brian David Lee, Esq.*

DATE OF ADMISSION

*February 8, 1995*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 31, 2008

_____
Patricia A. Johnson
Chief Clerk

Lynelle J. Slivinski (LS 1210)
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
521 5th Avenue, Suite 1700
New York, New York 10175
(212) 292-4314
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendants
Schwartzberg Associates, LLC, and
Cypress Administrative Services, LLC

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

| | |
|---|---|
| MICHELE CARUSO, | Hon. Stephen C. Robinson, U.S.D.J. |
| : | Case No. 7:08-cv-00206-SCR |
| Plaintiff, : | |
| : | *Civil Action* |
| v. : | |
| : | **AFFIDAVIT OF LYNELLE J.** |
| SCHWARTZBERG COMPANIES, : | **SLIVINSKI, ESQ., IN SUPPORT** |
| SCHWARTZBERG ASSOCIATES, LLC, : | **OF MOTION TO ADMIT BRIAN D. LEE,** |
| and TAMARAC ADMINISTRATIVE : | **ESQ.,** *PRO HAC VICE* |
| SERVICES, LLC, : | |
| : | |
| Defendants. : | |

------------------------------------------------------

**LYNELLE J. SLIVINSKI, ESQ.**, being of full age, avers and states as follows:

1.  I am an attorney-at-law and of counsel of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorney for defendants Schwartzberg Associates, LLC and Cypress Administrative Services, LLC (improperly referred to by its former name Tamarac Administrative Services, LLC).

2.  I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of

defendants' motion to admit Brian D. Lee, Esq., as counsel *pro hac vice* pursuant to Local Rule 1.3(c).

3. I have been a member in good standing of the bar of the State of New York since 2000. I was also admitted to the bar of the United States District Court for the Southern District of New York in 2000, and am in good standing with this Court as well.

4. I have known Brian D. Lee, Esq., since January 2005.

5. Mr. Lee is a shareholder of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

6. I have found Mr. Lee to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

7. Accordingly, I am pleased to move the admission of Brian D. Lee, Esq., *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Brian D. Lee, Esq., *pro hac vice*, which is simultaneously filed herewith.

I hereby aver that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*[signature]*
Lynelle J. Slivinski

Sworn to and subscribed
Before me this 6th day
of February, 2008

*[signature]*
Notary Public

Adele E. O'Remus
Notary Public of New Jersey
My Commission Expires March 31, 2010

5454543.1 (OGLETREE)

Lynelle J. Slivinski (LS 1210)
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
521 5th Avenue, Suite 1700
New York, New York 10175
(212) 292-4314
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendants
Schwartzberg Associates, LLC, and
Cypress Administrative Services, LLC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MICHELE CARUSO, | Hon. Stephen C. Robinson, U.S.D.J. |
| | Case No. 7:08-cv-00206-SCR |
| Plaintiff, | |
| | *Civil Action* |
| v. | |
| | |
| SCHWARTZBERG COMPANIES, | **ORDER ADMITTING BRIAN D. LEE,** |
| SCHWARTZBERG ASSOCIATES, LLC, | **ESQ., *PRO HAC VICE* PURSUANT TO** |
| and TAMARAC ADMINISTRATIVE | **LOCAL RULE 1.3(c)** |
| SERVICES, LLC, | |
| Defendants. | |

---

**THIS MATTER**, having come before the Court upon the application of defendants Schwartzberg Associates, LLC and Cypress Administrative Services, LLC (improperly referred to by its former name Tamarac Administrative Services, LLC) for an Order pursuant to Local Rule 1.3(c);

**IT IS** on this _____ day of February 2008

**ORDERED** that Brian D. Lee, Esq., in good standing, be admitted as a visiting attorney, *pro hac vice*, to participate in all proceedings relative to the above-captioned matter.

**SO ORDERED**

_____
Stephen C. Robinson U.S.D.J.

5454594.1 (OGLETREE)

Lynelle J. Slivinski (LS 1210)
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
521 5th Avenue, Suite 1700
New York, New York 10175
(212) 292-4314
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendants
Schwartzberg Associates, LLC, and
Cypress Administrative Services, LLC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MICHELE CARUSO, | Hon. Stephen C. Robinson, U.S.D.J. |
| | Case No. 7:08-cv-00206-SCR |
| Plaintiff, | |
| | *Civil Action* |
| v. | |
| SCHWARTZBERG COMPANIES, | **CERTIFICATE OF SERVICE** |
| SCHWARTZBERG ASSOCIATES, LLC, | **(via overnight delivery)** |
| and TAMARAC ADMINISTRATIVE | |
| SERVICES, LLC, | |
| Defendants. | |

---

I am over the age of 18 and not a party to this action. On this date, I served a true copy of the following documents:

**NOTICE OF MOTION TO ADMIT BRIAN D. LEE, ESQ., *PRO HAC VICE*;**

**AFFIDAVIT OF BRIAN D. LEE, ESQ., IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*;**

**AFFIDAVIT OF LYNELLE J. SLIVINSKI, ESQ., IN SUPPORT OF MOTION TO ADMIT BRIAN D. LEE, ESQ., *PRO HAC VICE*; and**

**[PROPOSED] ORDER ADMITTING BRIAN D. LEE, ESQ., *PRO HAC VICE*.**

on the party listed below, via prepaid overnight mail, sent to her attorneys of record at their last known addresses as follows:

David S. Halsband, Esq.  
Halsband Law Offices  
39 Hudson Street, 4th Floor  
Hackensack, New Jersey 07601  
Co-Counsel for Plaintiff

Michael Tsang, Esq.  
Tsang Law Firm, P.C.  
14 Wall Street, 22nd Floor  
New York, New York 10005  
Co-Counsel for Plaintiff

I declare under penalty of perjury that the foregoing statements made by me are true and correct.

Margarida Oliveira

Dated: February 6, 2008

5454615.1 (OGLETREE)