Lynelle J. Slivinski (LS 1210)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
521 5th Avenue, Suite 1700
New York, New York 10175
(212) 292-4314
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendants
Schwartzberg Associates, LLC, and
Cypress Administrative Services, LLC

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| MICHELE CARUSO, | : | Hon. Stephen C. Robinson, U.S.D.J. |
| | : | Case No. 7:08-cv-00206-SCR |
| Plaintiff, | : | |
| | : | *Civil Action* |
| v. | : | |
| | : | |
| SCHWARTZBERG COMPANIES, | : | **ORDER ADMITTING BRIAN D. LEE,** |
| SCHWARTZBERG ASSOCIATES, LLC, | : | **ESQ., *PRO HAC VICE* PURSUANT TO** |
| and TAMARAC ADMINISTRATIVE | : | **LOCAL RULE 1.3(c)** |
| SERVICES, LLC, | : | |
| | : | |
| Defendants. | : | |

---

**THIS MATTER**, having come before the Court upon the application of defendants Schwartzberg Associates, LLC and Cypress Administrative Services, LLC (improperly referred to by its former name Tamarac Administrative Services, LLC) for an Order pursuant to Local Rule 1.3(c);

**IT IS** on this 29th day of February 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**ORDERED** that Brian D. Lee, Esq., in good standing, be admitted as a visiting attorney, *pro hac vice*, to participate in all proceedings relative to the above-captioned matter.

SO ORDERED

_____
Stephen C. Robinson U.S.D.J.

2/29/08

5454594.1 (OGLETREE)