Lynelle J. Slivinski (LS 1210)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
10 Madison Avenue, Suite 402
Morristown, New Jersey 07960
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendants
Schwartzberg Associates, LLC, and
Cypress Administrative Services, LLC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------
MICHELE CARUSO,                              :    Hon. Stephen C. Robinson, U.S.D.J.
                                             :    Case No. 7:08-cv-00206-SCR
                Plaintiff,                   :
                                             :    *Civil Action*
v.                                           :
                                             :    **CIVIL CASE DISCOVERY PLAN**
SCHWARTZBERG COMPANIES,                      :    **AND SCHEDULING ORDER**
SCHWARTZBERG ASSOCIATES, LLC,                :
and TAMARAC ADMINISTRATIVE                   :
SERVICES, LLC,                               :
                                             :
                Defendants.                  :
------------------------------------------------------

      The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure.

The case **is** to be tried to a jury.

Joinder of additional parties must be accomplished by **March 3, 2008**.

Amended pleadings may be filed without leave of Court, until **May 15, 2008**.

**Discovery:**

1.    Interrogatories are to be served by all counsel no later than **March 31, 2008**, and responses to such interrogatories shall be served within 30 days after service. The provisions of Local Civil Rule 33.3 shall not apply to this case.

2. First request for production of documents, if any, to be served no later than **March 31, 2008**, and responses to such requests shall be served within 30 days after service.

3. Depositions to be completed by **August 15, 2008**.

   a. Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.
   b. Depositions shall proceed concurrently.
   c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

4. Any further interrogatories, including expert interrogatories, to be served no later than **August 29, 2008**.

5. Requests to Admit, if any to be served no later than **August 29, 2008**.

6. Additional provisions relating to discovery agreed upon by counsel for the parties **are not** attached and made a part hereof.

7. All discovery is to be complete by **October 10, 2008**.

Initial Case Management Conference **May 9, 2008 at 10:00 a.m.**

Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

This case has been designated to the Hon. **Mark D. Fox**, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

Unless otherwise ordered by the Court, the parties are expected to commence discovery upon the receipt of this signed Scheduling Order.

Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court, except that upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

White Plains, New York

Dated: March 10, 2008

5453619.1 (OGLETREE)

SO ORDERED

Stephen C. Robinson U.S.D.J.

2