UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MICHELE CARUSO,

                Plaintiff,

-against-

SCHWARTZBERG COMPANIES,
SCHWARTZBERG ASSOCIATES, LLC, and
TAMARAC ADMINISTRATIVE SERVICES, LLC,

                Defendants.
----------------------------------------------------------------X

STIPULATION & ORDER OF
DISMISSAL WITH PREJUDICE

Civil Action No. 7:08-cv-00206 (SCR)

        **IT IS HEREBY STIPULATED** between the parties that the above-captioned action is dismissed with prejudice and with each party to bear its own costs and fees.

*Case Closed*

**HALSBAND LAW OFFICES**

By: _____
David S. Halsband, Esq.
39 Hudson Street, 4th Floor
Hackensack, New Jersey 07601
(201) 487-6249
Attorneys for Plaintiff
Dated: May 19, 2008

**OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.**

By: _____
Brian D. Lee, Esq.
10 Madison Avenue, Suite 402
Morristown, New Jersey 07960
973.656.1600 tel.
973.656.1611 fax.
Attorneys for Defendants
May 30, 2008

SO ORDERED

_____
U.S.D.J.    6/4/08

White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____